# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

No. 5:15-mj-1269

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| RACHAEL S. DEMASTRIE | ) | |

1. The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss the above-captioned matter with prejudice.

2. After due consideration, the Court hereby ALLOWS the Motion to Dismiss With Prejudice.

3. The Court finds that dismissal with prejudice is in the best interest of justice.

Dated: April 27, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge